IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07cr125 |
| | ) | |
| ARTHUR GOMEZ, | ) | The Honorable Leonie M. Brinkema |
| | ) | |
| Defendant. | ) | <u>Sentencing:</u> July 13, 2007 |

**MOTION FOR REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by its attorneys, Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, and Jay V. Prabhu, Special Assistant United States Attorney, moves this Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the offense level for acceptance of responsibility. The government states the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate resources efficiently.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By:   /s/
Jay V. Prabhu
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314
Phone: 703-299-3700
Fax: 703-299-3981
Jay.Prabhu2@usdoj.gov

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 11th day of July 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William B. Moffitt  
Pleasant S. Brodnax III  
Moffit & Brodnax  
1700 Pennsylvania Ave. NW #400  
Washington, D.C. 20006  
Fax: 703-757-9211  
Valawyer@erols.com

                                                             /s/  
                                         Jay V. Prabhu  
                                         Attorney for the United States of America  
                                         United States Attorney's Office  
                                         Justin W. Williams U.S. Attorney's Building  
                                         2100 Jamieson Avenue  
                                         Alexandria, VA 22314  
                                         Phone: 703-299-3700  
                                         Fax: 703-299-3981  
                                         Jay.Prabhu2@usdoj.gov