SENTENCING HEARING   Judge **Brinkema**   Reporter: Thomson
Start: 9:10  End: 9:18                    Ctrm Deputy: Hines
Date: 7.13.07

UNITED STATES of AMERICA       CASE NUMBER: 1:07CR125
Vs.
**Arthur George Goman**

Counsel/Govt.: **Jay Prabhu**   Counsel/Deft.: **Pleasant Brodnax**

Court adopts PSI  [ ] without exceptions   [ ] with the following exceptions:

_____
_____
_____

**SENTENCING GUIDELINES:**
Offense Level: 13
Criminal History: I
Imprisonment Range: 12 to 18 months
Supervised Release Range: 2 to 3 years
Restitution: $ _____
Fine Range: $ 3K to $ 30K
Special Assessment: $ 100.00 per Count

Upon Motion of [ ] Deft [ ] Govt
Court depart from G/L pursuant to:
[ ] USSG 5K1.1
[ ] USSG 5C1.2
[ ] USSG 5K2.12
[ ] USSG 5H1.4
[ ] _____

**JUDGMENT of the COURT:**
BOP for _____ months, with credit for time served
Supervised Release for _____ Years
Supervised Probation for 2 Years
Restitution: $ _____ [ ] Jointly and Severally
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $ 100.00 [ ] Satisfied [✓] Due immediately
Fine/Costs Waived [✓] Interest Waived [ ]

**SPECIAL CONDITIONS:**
[✓] Home Confinement for the first 6 days/months of supervision, at the deft's expense, w/leave as directed by Court.
___ Deft. to remain drug free, In/Out patient treatment as directed.
___ Deft. to participate in _____ counseling as directed.
___ Pay Restitution of $ _____, [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days after release from custody/imposition of sentence.
___ Access to all financial information/records
___ No New Credit
___ No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, deft. may not re-enter United States w/o permission during S/R.
___ Seek and maintain full time employment
[✓] Drug Testing Waived
[✓] Other: 40 hours community service within 1st year of probationary period.

* Victims invited to allocute. None present.

**RECOMMENDATION TO BOP:**
___ Deft. to be designated to a Facility in _____
___ ICC (Boot Camp) when eligible.   [ ] 500 Hrs Intensive Drug Treatment
___ Other:

Defendant: [ ] Remanded   [ ] Self Surrender/Bond cont.   [ ] Referred to USPO