AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division



UNITED STATES OF AMERICA

v.  Case Number 1:07cr00125-001

ARTHUR GEORGE GOMEZ,

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, ARTHUR GEORGE GOMEZ, was represented by Pleasant Brodnax, III, Esquire.

The defendant pleaded guilty to count(s) 1 of the Criminal Information. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §371 | Conspiracy to Commit Copyright Infringement (Felony) | 05/2004 | 1 |

As pronounced on July 13, 2007, the defendant is sentenced as provided in pages 2 through 6** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 13th day of July, 2007

/s/ 
**Leonie M. Brinkema**
**United States District Judge**

**Page 6 of this document contains sealed information.

Case 1:07-cr-00125-LMB   Document 15   Filed 07/13/07   Page 2 of 5

AO 245 S (Rev. 3/99)(EDVA. rev.) Sheet 4 - Probation

Defendant: ARTHUR GEORGE GOMEZ
Case Number: 1:07cr00125-001

Judgment--Page 2 of 6

## PROBATION

The defendant is hereby placed on probation for a term of TWO (2) YEARS. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

While on probation, the defendant shall not commit another federal, state, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance.

While on probation, the defendant shall not possess a firearm or destructive device.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):
1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the Probation Officer within 72 hours, or earlier if so directed, of any change in residence.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:07-cr-00125-LMB   Document 15   Filed 07/13/07   Page 3 of 5

AO 245 S (Rev. 3/99)(EDVA. rev.) Sheet 4 (cont'd) - Probation

Defendant: ARTHUR GEORGE GOMEZ  
Case Number: 1:07cr00125-001

Judgment--Page 3 of 6

## SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) For the first SIX (6) MONTHS of supervision the defendant will be on home confinement with electronic monitoring, the cost for which the defendant must pay. The defendant shall abide by all of the terms and conditions of the home confinement/electronic monitoring program. Defendant may leave home only for business related purposes; to attend meetings with attorneys, the probation officer and any counselors; for legitimate medical appointments; to attend bona fide religious services; and to attend court proceedings and complete his community service.

2) The defendant shall perform 40 hours of community service within the first year of the probationary period as directed by the probation officer.

3) Although mandatory drug testing is waived pursuant to 18 U.S.C. §3563(a)(4), defendant must remain drug free and his probation officer may require random drug testing at any time.

Defendant: ARTHUR GEORGE GOMEZ  
Case Number: 1:07cr00125-001

Judgment--Page 4 of 6

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|---|---|---|
| 1 | $100.00 | $0.00 |
| **Total** | **$100.00** | **$0.00** |

**FINE:**

No fines have been imposed in this case.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately. If not paid immediately, the Court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

## FORFEITURE

Forfeiture has not been ordered in this case.

Case 1:07-cr-00125-LMB   Document 15   Filed 07/13/07   Page 5 of 5

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 7 - Statement of Reasons

Defendant: ARTHUR GEORGE GOMEZ  Judgment--Page 5 of 6
Case Number: 1:07cr00125-001

## STATEMENT OF REASONS

[X]   The Court adopts the factual findings and guideline application in the Presentence Investigation Report.

### Guideline Range Determined by the Court:

Total Offense Level: __13__

Criminal History Category: __I__

Imprisonment Range: __12__ to __18__ months

Supervised Release Range: __2__ to __3__ years

Probation Range: __1__ to __5__ years

Fine Range: $__3,000.00__ to $__30,000.00__

[X] Fine waived or below the guideline range because of inability to pay.

Restitution: $_____

[X] Full restitution is not ordered for the following reason(s):

Not applicable

[X]   The sentence departs from the guidelines based on the defendant's young age at the time of the offense in 2004, his role in the offense and the sentences imposed on similarly situated defendants who received sentences of probation.

[X]   Victims were invited to allocute. None were present, and no victim submitted a statement.